UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS K. SIMON,<br><br>    Petitioner,<br><br>  v.<br><br>ELVIN VALENZUELA, Warden,<br><br>    Respondent. | No. CV 15-5094 GW (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 28, 2017

*(signed)*
_____
GEORGE H. WU
United States District Judge